# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento

MALIBU MEDIA, LLC,

      Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 108.247.9.93,

      Defendant.

Case Number: 2:15-cv-02704-JAM-KJN

**ORDER ON PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

      THIS CAUSE came before the Court upon Plaintiff's Third Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

      ORDER AND ADJUDGE:   Plaintiff's Motion is granted.  Plaintiff shall have until November 12, 2016 to effectuate service of a summons and complaint on Defendant.

      SO ORDERED this 7th day of October, 2016

              /s/ John A. Mendez
              **UNITED STATES DISTRICT JUDGE**