Henrik Mosesi (SBN: 189672)
**PILLAR LAW GROUP, APLC**
150 South Rodeo Drive, Ste. 260
Beverly Hills, CA. 90212
[phone]: (310) 999-0000
Brenna.B@pillar.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOE DURAND,<br><br>    Defendant. | Case Number: 2:15-cv-02704-JAM-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JOE DURAND TO RESPOND TO PLAINTIFF'S COMPLAINT** |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant, Joe Durand, may have until December 6, 2016 to file an answer to Plaintiff's Complaint in order to allow Defendant to obtain information necessary to file an Answer to the Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

| | |
|---|---|
| DATED:  November 16, 2016 | **PILLAR LAW GROUP, APLC** |
| | By:  /s/ Henrik Mosesi |
| | Henrik Mosesi, |
| | **ATTORNEYS FOR PLAINTIFF MALIBU MEDIA, LLC** |
| DATED:  November 16, 2016 | **DAVIS & LEONARD LLP** |
| | By:  /s/ Stephen L. Davis |
| | Stephen L Davis, |
| | **ATTORNEYS FOR DEFENDANT JOE DURAND** |

Dated:  November 18, 2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Henrik Mosesi*
HENRIK MOSESI, ESQ.